# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRIAN HOFFMAN, individually and on
behalf of all others similarly situated,

                         **Plaintiff,**

-vs-                                       **Case No.  6:08-cv-1741-Orl-28DAB**

AUTHENTEC, INC., F. SCOTT MOODY,
and GARY LARSEN,

                       **Defendants.**

_____

# ORDER

This cause came on for consideration with oral argument[1] on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DESIGNATE THIS ACTION AS TRACK 3 AND FOR RELIEF FROM THE REQUIREMENTS OF LOCAL RULES (Doc. No. 9)** |
| **FILED:** | **November 24, 2008** |
| | _____ |
| | **THEREON** it is **ORDERED** that the motion is **GRANTED**. |
| **MOTION:** | **[ZACK, MOONEY, AND MCCALL'S] MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL (Doc. No. 14)** |
| **FILED:** | **December 8, 2008** |
| | _____ |
| | **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.  _See_ Doc. No. 24. |

_____

[1]Oral argument and a scheduling conference was held on December 22, 2008.

| | |
|---|---|
| **MOTION:** | **[PLAINTIFF ROBERT L. CARUSO'S[2]] MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL (Doc. No. 15)** |
| **FILED:** | **December 8, 2008** |

THEREON it is **ORDERED** that the motion is **GRANTED in part**. *See* Doc. No. 24.  Robert L. Caruso is appointed Lead Plaintiff and the retention of the law firm Glancy Binkow & Goldberg LLP as Lead Counsel is approved. No description or justification for employment of "Liaison Counsel" has been made.  Accordingly, the Court declines to approve any such retention.

| | |
|---|---|
| **MOTION:** | **MOTION TO APPOINT ANTHONY GRAHAM AS LEAD PLAINTIFF AND HIS SELECTION OF LEAD COUNSEL (Doc. No. 17)** |
| **FILED:** | **December 8, 2008** |

THEREON it is **ORDERED** that the motion is **DENIED** as moot. *See* Doc. No. 24.

| | |
|---|---|
| **MOTION:** | **MOTION TO STAY CONSIDERATION OF DEFENDANTS' RESPONSIVE MOTIONS OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO RESPOND TO PENDING MOTION TO DISMISS OR STRIKE THE COMPLAINT (Doc. No. 19)** |
| **FILED:** | **December 11, 2008** |

THEREON it is **ORDERED** that the motion is **DENIED** as moot.

Lead Plaintiff Robert L. Caruso is granted until **January 9, 2009**, to file an amended complaint or respond to the Motion to Dismiss or Strike the Complaint (Doc. No. 11).  If an amended complaint is filed by January 9, 2009, the motion to dismiss will be denied as moot and Defendants

---

[2]The Motion was originally filed by a "group" of Plaintiffs, Robert L. Caruso, Matthew R. Nigro, Donald D. Skeeles and Ronald E. Caldwell.  Doc. No. 24. On December 23, 2008, Caruso modified the request, filing a Declaration seeking to be appointed individually as Lead Plaintiff.  Doc. No. 28.

will have until January 29, 2009 to file a response.  The Court will schedule a further status conference by separate notice.  Absent extraordinary good cause, the parties should not seek extensions of these deadlines.  Designation of this case as Track 3 does not relieve the parties of the obligation to move this case forward with expedition.

**DONE** and **ORDERED** in Orlando, Florida on December 24, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record